FILED — LODGED
RECEIVED

MAR - 4 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                              DEPUTY

HONORABLE ROBERT J. BRYAN

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

PHILIP CHINN,

                    Plaintiff,

v.

BENJAMIN BLANKENSHIP, individually
and in his capacity as a TROOPER of the
WASHINGTON STATE PATROL and
JANE DOE BLANKENSHIP, and the
marital community thereof, RICHARD C.
PIGMON, individually and in his Official
capacity as a TROOPER of the
WASHINGTON STATE PATROL and
JANE DOE PIGMON, and the Marital
community thereof; MARK S. SVINTH
individually and in his Official Capacity as
a TROOPER of the WASHINGTON STATE
PATROL and JANE DOE SVINTH and the
Marital community thereof; JONATHAN
P. PITTS, individually and in his Official
capacity as a TROOPER of the
WASHINGTON STATE PATROL, and
JANE DOE PITTS and the Marital
Community thereof; CARRIE A GORDON
individually and in her Official capacity as
a TROOPER of the WASHINGTON STATE
PATROL and JOHN DOE GORDON and
the Marital community thereof; CITY OF
ABERDEEN, COUNTY OF GRAYS
HARBOR, DOES 1-250,

                    Defendants.

NO.  C 09 5119 RJB

**STIPULATION AND ORDER
OF CONTINUANCE OF TRIAL
AND PRETRIAL DATES**



09-CV-05119-ORD

LAW, LYMAN, DANIEL,
KAMERRER & BOGDANOVICH, P.S.
ATTORNEYS AT LAW
2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512
PO BOX 11880, OLYMPIA, WA 98508-1880
(360) 754-3480  FAX: (360) 357-3511

# STIPULATION

Whereas the parties agree that discovery has been delayed substantially due to the need to resolve the issues involving the interests of the United States in certain documents before conducting discovery; and

Whereas the parties recognize that the delay resulting from the consideration of the interests of the United States has made it impractical to complete discovery in advance of current deadlines;

The parties, therefore, through their respective counsel, respectfully submit this stipulation and agreement to the following modification of dates in the Minute Order Setting Trial, Pretrial Dates and Ordering Mediation:

| | |
|---|---|
| 10 Days JURY TRIAL set for | 02/07/11 at 9:30 AM |
| Plaintiff's disclosure of expert testimony under FRCP 26(a)(2) | 07/07/10 |
| Defendants' disclosure of expert testimony under FRCP 26(a)(2) | 08/09/10 |
| Plaintiff's disclosure of rebuttal expert testimony under FRCP26(a)(2) | 08/30/10 |
| All motions related to discovery must be FILED by | 09/13/10 |
| Discovery COMPLETED by | 10/01/10 |
| All dispositve motions must be filed by | 10/14/10 |
| Settlement conference per CR 39.1(c)(2) HELD no later than | 12/03/10 |
| Mediation per CR 39.1(c)(3) HELD no later than | 01/03/11 |
| Letter of compliance as to CR 39.1 FILED by | 01/10/11 |
| Motions in limine FILED by and NOTED on the motion calendar no later than second Friday thereafter | 01/03/11 |
| Agreed pretrial order LODGED with the court by | 01/21/11 |
| Pretrial conference will be HELD on (COUNSEL SHALL REPORT TO COURTROOM A) | 01/28/11 at 8:30 AM |
| Trial briefs, proposed voir dire & jury instructions due | 01/28/11 |

STIPULATION AND ORDER OF CONTINUANCE
OF TRIAL AND PRETRIAL DATES - 2

Cause No: C09-5119 RJB

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480   FAX: (360) 357-3511*

| _3/3/10_ | /s/ Nathan T. Alexander |
| Date | Nathan T. Alexander, WSBA № 37040 |
| | Attorney for Plaintiff |

| _3/3/10_ | /s/ Guy Bogdanovich |
| Date | Guy Bogdanovich, WSBA № 14777 |
| | Attorney for Defendant City of Aberdeen |

| _3/3/10_ | /s/ Michael E. Tardif |
| Date | Michael E. Tardif, WSBA № 5833 |
| | Attorney for Defendant Grays Harbor County |

| _3/3/10_ | /s/ Kenneth Orcutt |
| Date | Kenneth Orcutt, WSBA № 10858 |
| | Attorney for WSP Defendants |

## ORDER

THIS MATTER having come before the Court on the parties' stipulation for modification of trial and pretrial dates , it is hereby

ORDERED, ADJUDGED and DECREED that the parties' stipulation set forth above, is adopted by the Court as its Order of Continuance of Trial and Pretrial Dates.

DATED this **3** day of _March_, 2010.

Robert J. Bryan
United States District Judge

**Presented by:**

DORSEY & WHITNEY LLP

_/s/ Nathan T. Alexander_
Nathan T. Alexander, WSBA № 37040
Attorney for Plaintiff

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*

1  **Approved for entry:**

2  LAW, LYMAN, DANIEL,
   KAMERRER & BOGDANOVICH, P.S.

3  */s/ Guy Bogdanovich*

4  _____
   Guy Bogdanovich, WSBA № 14777
5  Attorney for Defendant City of Aberdeen

6

7  FREIMUND JACKSON TARDIF &
   BENEDICT GARRATT, PLLC

8  */s/ Michael E. Tardif*

9  _____
   Michael E. Tardif, WSBA № 5833
10 Attorney for Defendant Grays Harbor County

11

12 OFFICE OF THE ATTORNEY GENERAL FOR
   THE STATE OF WASHINGTON

13 */s/ Kenneth Orcutt*

14 _____
   Kenneth Orcutt, WSBA № 10858
15 Attorney for WSP Defendants

16

17

18

19

20

21

22

23

24

25

26

*LAW, LYMAN, DANIEL,*
*KAMERRER & BOGDANOVICH, P.S.*
*ATTORNEYS AT LAW*
*2674 RW JOHNSON BLVD SW, TUMWATER, WA 98512*
*PO BOX 11880, OLYMPIA, WA 98508-1880*
*(360) 754-3480  FAX: (360) 357-3511*